1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                  EASTERN DISTRICT OF CALIFORNIA

8

9  I.K., et al.,                    )    1:09-cv-1115 OWW SMS
                                     )
10              Plaintiff,           )    SCHEDULING CONFERENCE ORDER
                                     )
11      v.                           )    MOTION TO SUPPLEMENT
                                     )    ADMINISTRATIVE RECORD
12  SYLVAN UNION SCHOOL DISTRICT, et )    FILING DEADLINE: 2/11/10
    al.,                             )
13              Defendants.          )    OPPOSITION TO MOTION TO
                                     )    SUPPLEMENT AR FILING
14  _____ )    DEADLINE: 2/25/10
                                     )
15                                        REPLY RE MOTION TO
                                          SUPPLEMENT AR FILING
16                                        DEADLINE: 3/3/10

17                                        HEARING DATE ON MOTION TO
                                          SUPPLEMENT AR: 3/15/10
18                                        10:00 Ctrm. 2

19                                        MOTION FOR SUMMARY JUDGMENT
                                          (MSJ) RE IDEA FILING
20                                        DEADLINE: 3/15/10

21                                        OPPOSITION & ANY X-MSJ
                                          FILING DEADLINE: 4/9/10
22
                                          REPLY RE: MSJ FILING
23                                        DEADLINE: 4/19/10

24                                        OPPOSITION RE X-MSJ FILING
                                          DEADLINE: 4/23/10
25
                                          REPLY RE X-MSJ FILING
26                                        DEADLINE: 4/30/10

27

28

                                1

1                               **HEARING ON ALL MSJs:**
                                **5/24/10 10:00 Ctrm. 3**

2

3                               **FURTHER SCHEDULING**
                              **CONFERENCE: 6/17/10 8:15**
                              **Ctrm. 3**

4

5 **I.   Date of Scheduling Conference.**

6     **January 28, 2010.**

7 **II.  Appearances Of Counsel.**

8     **Loughrey & Associates by Tamara L. Loughrey, Esq., appeared**

9 **on behalf of Plaintiffs.**

10     **Miller Brown & Dannis by Amy R. Levine, Esq., appeared on**

11 **behalf of Defendants.**

12 **III. Summary of Pleadings.**

13     **1.   This matter encompasses an appeal of an IDEA due**

14 **process hearing that was heard before the Office of**

15 **Administrative Hearings (OAH) and involves a dispute between**

16 **student I.K. and his parents E.K. and M.K. ("Plaintiffs") and**

17 **Sylvan Union School District regarding allegations by Plaintiffs**

18 **that the District denied him a free and appropriate public**

19 **education ("FAPE").  Except for one issue, the hearing concluded**

20 **in favor of the District.  Additionally, this matter encompasses**

21 **a claim that District employees Russ Antracoli and Tracy Barries**

22 **violated Plaintiffs' rights under 42 U.S.C. § 1983.  The final**

23 **claim is that the District violated Plaintiffs' rights under**

24 **§ 504 of the Rehabilitation Act.  Sylvan Union School District,**

25 **Russ Antracoli and Tracy Barries are referred to collectively as**

26 **Defendants.**

27 **IV.  Orders Re Amendments To Pleadings.**

28     **1.   The parties do not contemplate joining additional**

1  parties at this time.

2       2.    Plaintiffs are currently reviewing documents disclosed

3  by Defendants in response to discovery requests in the State

4  court case between the parties.  Based upon an initial review,

5  Plaintiffs believe amendment may be necessary.  Plaintiffs plan

6  to make a final determination after completing the review and

7  completing additional discovery.

8  V.   Factual Summary.

9       A.   Admitted Facts Which Are Deemed Proven Without Further

10 Proceedings.

11       1.    This suit is brought for I.K., a minor, by his

12 parents Eliisa Kellberg, and Marco Kellberg.

13       2.    At times relevant in the Complaint, I.K. was a

14 student at Mary Ann Sanders Elementary School within the Sylvan

15 Union School District.

16       3.    Defendant, Sylvan Union School District, is a

17 public entity within the meaning of California law.

18       4.    At times relevant to this case, Russ Antracoli was

19 the Principal of the elementary school.

20       5.    At times relevant to this case, Tracy Barries was

21 an instructional aid at the elementary school.

22       6.    An IDEA due process hearing was heard before the

23 California Office of Administrative Hearings commencing February

24 23, 2009.  A decision was rendered on May 4, 2009.

25       7.    There is pending in the Superior Court of

26 California, County of Stanislaus, a complaint by Plaintiffs

27 alleging claims for battery, assault, intentional infliction of

28 emotional distress, negligent infliction of emotional distress,

3

1  negligent supervision, and violation of the Unruh Civil Rights

2  Act.

3          8.   At all times relevant, I.K. has been diagnosed

4  with autism and has exhibited several mal-adaptive behaviors in

5  the school setting, including non-compliance with authority and

6  temper tantrums.

7          9.   A review was conducted by an analyst who wrote a

8  behavior support plan for I.K.

9          10.  On March 5, 2007, the Behavior Support Plan

10  ("BST") was presented at an individualized education program

11  meeting.

12          11.  Agreement was reached as to implementation of the

13  plan.

14          12.  The Plaintiffs claim that incidents occurred which

15  form the basis for this lawsuit and the State lawsuit.  The

16  Defendants deny the incidents occurred.

17          13.  The Federal case includes claims under the

18  Individuals With Disabilities Education Act, the Rehabilitation

19  Act of 1973 (§ 504), and 42 U.S.C. § 1983 for alleged violation

20  of civil rights.

21          14.  The Behavior Support Plans that were generated by

22  Genesis Behavior Center were approved by Plaintiffs.  IEPs, up

23  until June 2008 were approved by Plaintiffs.  Additional IEPs in

24  the period June to the fall of 2008 were not approved by the

25  Plaintiffs.

26          15.  Deborah Brown and Patty Giron were not employees

27  of the Sylvan Unified School District.

28          16.  Plaintiffs allege that Brown and Giron were

**4**

1  contractors for the Sylvan Unified School District.

2      B.    Contested Facts.

3          1.    There is a dispute between the parties whether any

4  IEPs after the first of June 2008 were approved.

5          2.    All remaining facts are disputed.

6  VI.  Legal Issues.

7      A.    Uncontested.

8          1.    Jurisdiction exists under 28 U.S.C. §§ 1343(a)(3)

9  and (a)(4); 29 U.S.C. § 794 for claims under § 504 of the

10  Rehabilitation Act of 1973; and 20 U.S.C. § 415(l) for claims

11  arising under the Individuals With Disabilities Education and

12  Improvement Act of 2004 ("IDEA").   Claims are also asserted under

13  42 U.S.C. § 1983, et seq.   Defendants assert that required

14  exhaustion of administrative remedies has not been accomplished.

15          2.    Venue is proper under 28 U.S.C. § 1391(b)(2).

16          3.    To the extent State law applies to any of

17  Plaintiffs' claims in the Federal action, the substantive law of

18  the State of California provides the rule of decision.

19      B.    Contested.

20          1.    All remaining legal issues are disputed.

21  VII. Consent to Magistrate Judge Jurisdiction.

22      1.    The parties have not consented to transfer the

23  case to the Magistrate Judge for all purposes, including trial.

24  VIII.     Corporate Identification Statement.

25      1.    Any nongovernmental corporate party to any action in

26  this court shall file a statement identifying all its parent

27  corporations and listing any entity that owns 10% or more of the

28  party's equity securities.   A party shall file the statement with

5

1  its initial pleading filed in this court and shall supplement the

2  statement within a reasonable time of any change in the

3  information.

4  IX.   Discovery Plan and Cut-Off Date.

5       1.    The parties agree that the IDEA appeal is exempt from

6  initial disclosures under Fed.R.Civ.P. 26.

7       2.    The parties agree that the IDEA claim should proceed to

8  full resolution by dispositive motion.  Discovery conducted in

9  the State case shall be usable and applied with the same force

10  and effect in the Federal case.

11      3.    Any Motion for Summary Judgment concerning the IDEA

12  claim shall be filed on or before March 15, 2010.  Opposition and

13  any cross-motion for summary judgment shall be filed on or before

14  April 9, 2010.  Any reply to the motion for summary judgment

15  shall be filed on or before April 19, 2010.  The opposition of

16  the Defendants to any cross-motion for summary judgment by

17  Plaintiff shall be filed on or before April 23, 2010.  Any reply

18  to that shall be filed on or before April 30, 2010.  The motions

19  will be heard on May 24, 2010, at 10:00 a.m. before the Honorable

20  Oliver W. Wanger, United States District Judge, in Courtroom 3,

21  7th Floor.  In scheduling such motions, counsel shall comply with

22  Local Rule 230.

23  X.    Stay on Remaining Federal Discovery.

24      1.    Discovery on the remaining Federal claims shall be

25  deferred pending the disposition of dispositive motions on the

26  IDEA claim.

27  XI.   Supplementing the Administrative Record.

28      1.    Any motion directed toward supplementing the

6

1 | **Administrative Record with additional allegedly withheld evidence**
2 | **shall be filed by February 11, 2010.  Any opposition to such a**
3 | **motion shall be filed no later than February 25, 2010.  Any reply**
4 | **shall be filed on or before March 3, 2010.  The hearing on this**
5 | **issue shall be held March 15, 2010, at 10:00 a.m. in Courtroom 3**
6 | **before the Honorable Oliver W. Wanger, United States District**
7 | **Judge.**
8 | **XII. No Discovery is Required for the Preparation and**
9 | **Presentation of the Dispositive Motions on the IDEA Claim.**
10 | **1.    The parties agree that the Plaintiffs' Motion for**
11 | **Summary Judgment in the State case will not be filed before June**
12 | **1, 2010.**
13 | **XIII.  Further Scheduling Conference.**
14 | **1.    A Further Scheduling Conference shall be held June 17,**
15 | **2010, at 8:15 a.m. to adopt a schedule for the balance of the**
16 | **case.**
17 | **XIV.  Special Procedures.**
18 | **1.    The parties agree that testimony taken in**
19 | **administrative hearings in the OAH proceeding may be utilized in**
20 | **the Federal case.  This does not foreclose further testimony**
21 | **being taken in the event that there is a subject that was not in**
22 | **issue and could not reasonably have been inquired about at the**
23 | **administrative hearing.**
24 | **2.    The parties agree that OAH transcripts of testimony and**
25 | **exhibits received in the OAH proceeding may be utilized in the**
26 | **Federal case without further authentication.**
27 | **XV.  Motions - Hard Copy.**
28 | **1.    The parties shall submit one (1) courtesy paper copy to**

1  the Court of any motions filed that exceed ten pages and any

2  motions that have exhibits attached.   Exhibits shall be marked

3  with <u>protruding numbered or lettered tabs</u> so that the Court can

4  easily identify such exhibits.

5  XVII.   Request For Bifurcation, Appointment Of Special Master,

6          Or Other Techniques To Shorten Trial.

7      1.    None.

8  XVIII.   Related Matters Pending.

9      1.    The case of *I.K., et al., v. Sylvan Union School*

10 *District, et al.*, Case Number 639035 is currently pending in

11 Stanislaus Superior Court.   That case involves similar facts to

12 this case, but involves different causes of action.

13 XIX. Compliance With Federal Procedure.

14     1.    The Court requires compliance with the Federal

15 Rules of Civil Procedure and the Local Rules of Practice for the

16 Eastern District of California.   To aid the court in the

17 efficient administration of this case, all counsel are directed

18 to familiarize themselves with the Federal Rules of Civil

19 Procedure and the Local Rules of Practice of the Eastern District

20 of California, and keep abreast of any amendments thereto.

21 XX.   Effect Of This Order.

22     1.    The foregoing order represents the best

23 estimate of the court and counsel as to the agenda most suitable

24 to bring this case to resolution.   The trial date reserved is

25 specifically reserved for this case.   If the parties determine at

26 any time that the schedule outlined in this order cannot be met,

27 counsel are ordered to notify the court immediately of that fact

28 so that adjustments may be made, either by stipulation or by

8

1    subsequent scheduling conference.

2         2.    Stipulations extending the deadlines contained

3    herein will not be considered unless they are accompanied by

4    affidavits or declarations, and where appropriate attached

5    exhibits, which establish good cause for granting the relief

6    requested.

7         3.    Failure to comply with this order may result in

8    the imposition of sanctions.

9

10   IT IS SO ORDERED.

11   **Dated:    February 1, 2010**                    **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28