```
LOUGHREY AND ASSOCIATES
TAMARA LOUGHREY, Bar No. 227001
JUSTIN ARNOLD, Bar No. 252030
220 4th St., Suite 103
Oakland, CA  94607
Phone: 510.891.1254
Fax: 510.891.1258
Email: tamara@spedattorneys.com
```

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.K., by and through his parents and guardians E.K. and M.K, and E.K and M.K. individually<br><br>　　　Plaintiffs,<br><br>v.<br><br>SYLVAN UNION SCHOOL DISTRICT, TRACY BARRIES, in his individual and official capacity and RUSS ANTRACOLI, in his individual and official capacity<br><br>　　　Defendants. | Case No. 1:09-CV-01115-OWW-SMS<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P RULE 41(a)(1)(ii)** |

　　　Pursuant to FRCP Rule 41(a)(1)(A)(ii), the parties to this action by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice and all dates pending be vacated, each party to bear his, her, or its own fees and costs.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: March 23, 2010　　　　　　　　　　　　 /s/ Tamara L. Loughrey
　　　　　　　　　　　　　　　　　　　　　　　　Tamara L. Loughrey
　　　　　　　　　　　　　　　　　　　　　　　　Justin D. Arnold
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

Dated: March 23, 2010　　　　　　　　　　　　/s/ Amy R. Levine
　　　　　　　　　　　　　　　　　　　　　　　　Amy R. Levine
　　　　　　　　　　　　　　　　　　　　　　　　Sarah L. Daniel
　　　　　　　　　　　　　　　　　　　　　　　　Damara Moore
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

**Order**

Pursuant to the Parties' stipulation and good cause appearing therefore, it is hereby ordered that this action is dismissed with prejudice and all dates pending are vacated, each party to bear his, her own fees and costs.

IT IS SO ORDERED.

Dated:  **March 24, 2010**               **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE